UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-091-RSL |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| MARC GEORGE, | |
| Defendant. | |

THIS MATTER has come before the Court on Marc George's motion for early termination of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a). The Court is impressed with how well Mr. George has performed on supervised release but will not terminate this Supervised Release until he does at least two years of violation-free performance. The Motion is denied without prejudice for renewal of the motion after August 3, 2018.

DATED this 9th day of April, 2018.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**